**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALBA L. CORRALES,

                     Plaintiff,

    -against-                                     22 **CIVIL** 3219 (LAP)

                                                        **<u>JUDGMENT</u>**

MONTEFIORE MEDICAL CENTER,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2023, Montefiore's motion to dismiss for failure to state a claim is GRANTED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      March 30, 2023

                                                                                 **RUBY J. KRAJICK**

                                                                            _____
                                                                                **Clerk of Court**

                                                     **BY:**      *K. Mango*

                                                                               _____
                                                                                **Deputy Clerk**